IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ADEKUNLE B. OJELADE,

    Plaintiff,

vs.                        CASE NO. 5:06cv89/RS

LIBERTY MUTUAL and LAW OFFICE
OF AMY WARPINSKI,

    Defendants.
_____/

### ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 36). I have reviewed Plaintiff's objections (Doc. 39) *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and is incorporated in this Order.

2. Defendant's Motion for Summary Judgment (Doc. 26) is granted as to Plaintiff's claims under Title VII, 42 U.S.C. §2000e-2(a), *et seq*. and The Immigration Reform and Control Act of 1986, 8 U.S.C. §1324b.

3. Defendants' Motion for Summary Judgment (Doc. 26) is denied as to Plaintiff's state law claims which allege improper handling of his workers' compensation claim and breach of fiduciary duty.

4. I decline to exercise pendent jurisdiction over the state law claims. All state law claims are dismissed without prejudice.

5. Plaintiff's Motion for Declaratory Judgment by Plaintiff's Submission to

    Jurisdiction of District Court and Material Facts of Case (Doc. 35) is denied.

6.    The clerk is directed to enter judgment in accordance with this Order and to close the file.

ORDERED on March 14, 2007.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**